IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOREEN BISH and JACK BISH, II,** | : | CIVIL ACTION NO. 1:05-CV-2623 |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **NICOLE L. DELUTIS and CHRISTIAN M. DELUTIS,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 30th day of January, 2006, upon consideration of the amended complaint (Doc. 7), see FED. R. CIV. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . ."), which lists Christian M. Delutis as the only defendant in the above-captioned case, and the motion to dismiss (Doc. 3) the complaint against Nicole L. Delutis, it is hereby ORDERED that:

1. Defendant Nicole L. Delutis is DROPPED as a party to the above-captioned case. See FED. R. CIV. P. 21 ("Parties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just.").

2. The motion to dismiss (Doc. 3) is DENIED as moot.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge