# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOREEN BISH and JACK BISH, II,** | : | CIVIL ACTION NO. 1:05-CV-2623 |
| **Plaintiffs** | : | (Judge Conner) |
| v. | : | |
| **CHRISTIAN M. DELUTIS** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 21st day of March, 2006, upon consideration of plaintiffs' motions (Docs. 12, 16) to transfer the above-captioned case to the United States District Court for the Northern District of Maryland,[1] see 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."), and it appearing that defendant concurs in the transfer of venue (see Doc. 16 at 2), and that the above-captioned case could have been brought in the District of Maryland (see Doc. 7 (setting forth claims in excess of $75,000 between citizens of different states and indicating that defendant resides in Baltimore City, Maryland)), see id.; see also 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens

---

[1] Although plaintiffs request that this case be transferred to the District Court for the *Northern* District of Maryland, no such District exists. See U.S. Courts: Circuit/District Map, http://www.uscourts.gov/images/CircuitMap.pdf (last visited March 20, 2006).

of different States . . . ."); id. § 1391(a)(1) ("A civil action wherein jurisdiction is founded only on diversity of citizenship may, except as otherwise provided by law, be brought only in . . . a judicial district where any defendant resides, if all defendants reside in the same State . . . ."), and the court finding that the convenience of the parties and witnesses weighs in favor of transfer of this case to Maryland (see Doc. 16 at 2), see 28 U.S.C. § 1404(a), and that a transfer would be in the interests of justice, see id., it is hereby ORDERED that:

1. The motions (Docs. 12, 16) are GRANTED.

2. The Clerk of Court is directed to TRANSFER the above-captioned case to the United States District Court for the District of Maryland. See 28 U.S.C. § 1404(a).

3. The Clerk of Court is directed to CLOSE this case.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge